IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM W. FREY, #1718159 | § | |
| VS. | § | CIVIL ACTION NO. 4:12cv430 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner William W. Frey, an inmate confined in the Texas prison system, proceeding *pro se*, filed this petition for a writ of habeas corpus challenging his conviction pursuant to 28 U.S.C. § 2254. The cause of action was referred to United States Magistrate Judge Amos L. Mazzant, who issued a Report and Recommendation concluding that the petition was time-barred. Frey has filed objections. He did not, however, address the conclusion that the case should be dismissed as time-barred. Instead, he merely restated his grounds for relief.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Frey to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Frey's objections are without merit. The Court specifically finds that the petition is time-barred and that a review of the grounds for relief is unnecessary since the petition is time-barred. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** with prejudice. It is further

**ORDERED** that the motion for a certificate of appealability (docket entry #18) is **DENIED**. It is finally

    **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

    So **ORDERED** and **SIGNED** on March __8__, 2013.

_____
Ron Clark
United States District Judge